```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :
                                    :    ORDER
         - v -                      :
                                    :    19 Cr. 544 (JSR)
ESTEBAN BARRERA MORENO,             :
                                    :
              Defendant.            :
------------------------------------X
```

JED S. RAKOFF, United States District Judge.

The Bureau of Prisons and Metropolitan Correctional Center, New York, are DIRECTED to release to counsel for Mr. Estaban Moreno Barrera (Register Number 23789-057) by no later than 3:00 pm on Tuesday, April 28, 2020: Estaban Moreno Barrera's complete medical records from the time he entered the custody of the Bureau of Prisons on July 19, 2019 to present.

SO ORDERED:

Dated: New York, New York
       April 24, 2020

_____
JED S. RAKOFF, U.S.D.J.